Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  13−29921−KCF
                        Chapter:  13
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Ronald J. Parente | Kimberly K Parente |
| PO Box 581 | 361 Huntington Drive |
| Burlington, NJ 08016 | Delran, NJ 08075 |

Social Security No.:
  xxx−xx−6096                                       xxx−xx−5641

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 27, 2018</u>                 <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court